IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                          CASE NO. 4:19-CR-00655-BSM

ALONZO BEARD                                                                   DEFENDANT

## ORDER

Alonzo Beard's pro se motion for the appointment of counsel to consider the application of Amendment 821 [Doc. No. 134] is denied because Beard's 36-month sentence on Counts 1 and 2 is lower than his amended range of 51 to 63 months after applying Amendment 821. He is not eligible for a further reduction. *See* U.S.S.G. § 1B1.10(b)(2)(A). Count 3 remains subject to the mandatory, consecutive 60 months. Additionally, Beard's request for the appointment of counsel is denied because there is no right to appointed counsel in sentence modification proceedings. *United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009) (per curiam).

IT IS SO ORDERED this 3rd day of May, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE