**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                         **CASE NO. 4:19-CR-00655-BSM**

**ALONZO BEARD**                                                **DEFENDANT**

**<u>ORDER</u>**

Alonzo Beard's pro se motion to reduce his sentence [Doc. No. 141] is denied because

he has not demonstrated that extraordinary and compelling reasons warrant his release.  *See*

18 U.S.C. § 3582(c)(1)(A)(i).

IT IS SO ORDERED this 7th day of July, 2026.

UNITED STATES DISTRICT JUDGE